# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| BRIAN L. BARBER,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | CV 5:25-137 |

## ORDER

Plaintiff initiated this breach of contract action on September 22, 2025 in the Superior Court of Bacon County, Georgia. Dkt. No. 1-1 at 2. On October 29, 2025, Defendant State Farm Fire and Casualty Company removed the case to this Court, dkt. no. 1, and soon thereafter Defendant moved to dismiss the complaint, dkt. no. 7. Then, on December 1, 2025, Plaintiff, after having received an extension of time in which to respond to Defendant's motion, amended his complaint. Dkt. No. 11. For the reasons below, Defendant's motion to dismiss is **DENIED** as moot.

## LEGAL STANDARD

A party may amend its pleading once as a matter of course "within 21 days after serving it" or, "if a responsive pleading is required, within 21 days after service of a responsive pleading or motion under Rule 12(b), (e), or (f) [of the Federal Rules of Civil

Procedure], whichever is earlier." Fed. R. Civ. P. 15(a)(1). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiff timely filed his amended complaint as a matter of course pursuant to Rule 15(a)(1). Further, Plaintiff's amended complaint supersedes the original complaint. Defendant's motion to dismiss, dkt. no. 7, has thus been rendered moot by Plaintiff's filing of his amended complaint. Should Defendant wish to renew its motion to dismiss with regard to the amended complaint, it is granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

## CONCLUSION

Defendant's motion to dismiss, dkt. no. 7, and motion for hearing, dkt. no. 8, are **DENIED as moot.**

SO ORDERED, this 3 day of December, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA